**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN LYNN PETERSON,<br>Plaintiff,<br>v.<br>VILLANUEVA,<br>Defendant. | No. 2:25-CV-03638-ICD-PC<br><br>ORDER |

The Office of the Attorney General appears on behalf of Defendant Villanueva-Jiminez to request a thirty-one-day extension of time to respond to Plaintiff's second amended complaint. Defendant's response to Plaintiff's second amended complaint (SAC) is currently due on October 9, 2026. Good cause appearing, Defendant's motion (ECF No. 22) is GRANTED. Defendant shall respond to the SAC on or before November 9, 2026.

SO ORDERED.

Dated: October 9, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE